```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
BILL ANTHONY TATE,                 :
                                   :
     Petitioner,                   :
                                   :
vs.                                :     CIVIL ACTION 11-0332-WS-M
                                   :
KENNETH JONES,                     :
                                   :
     Respondent.                   :
```

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DISMISSED** as time-barred. It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 18th day of November, 2011.

```
                         s/WILLIAM H. STEELE
                         CHIEF UNITED STATES DISTRICT JUDGE
```