```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| BILL ANTHONY TATE, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 11-0332-WS-M |
| KENNETH JONES, | : |
| Respondent. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Kenneth Jones and against Petitioner Bill Anthony Tate pursuant to 28 U.S.C. § 2244(d).

DONE this 18th day of November, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE