IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILL ANTHONY TATE, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 11-0332-WS-M |
| KENNETH JONES, | : |
| Respondent. | : |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DISMISSED** as time-barred. It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 17th day of May, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE