```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

BILL ANTHONY TATE,                  :
                                    :
    Petitioner,                     :
                                    :
vs.                                 :    CIVIL ACTION 11-0332-WS-M
                                    :
KENNETH JONES,                      :
                                    :
    Respondent.                     :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Kenneth Jones and against Petitioner Bill Anthony Tate pursuant to 28 U.S.C. § 2244(d).

DONE this 17th day of May, 2012.


                                    s/WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE